# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| CHRISTINE F., | Case No. 21-CV-2048 (NEB/LIB) |
| Plaintiff, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION |
| KILOLO KIJAKAZI, Commissioner of Social Security, | |
| Defendant. | |

---

The Court has received the July 27, 2022 Report and Recommendation of United States Magistrate Judge Leo I. Brisbois. (ECF No. 22.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation (ECF No. 22) is ACCEPTED;

2. Plaintiff's Motion for Summary Judgment (ECF No. 17) is GRANTED;

3. Defendant's Motion for Summary Judgment (ECF No. 19) is DENIED; and

4. The above matter is REMANDED to the Social Security Administration pursuant to sentence four of 42 U.S.C. Section 405(g), for further

administrative proceedings consistent with the Report and Recommendation.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: August 24, 2022        BY THE COURT:

s/Nancy E. Brasel  
Nancy E. Brasel  
United States District Judge
